IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

        ORDER

        16-cr-69-wmc-5

v.

PARISH BARBARY-WHEATHERBY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing on the probation office's petition for judicial review of Parish Barbary-Wheatherby's supervised release was held on July 29, 2019, continued to August 9, 2019 (before being held in abeyance) and rescheduled to today, November 1, 2019, before U.S. District Judge William M. Conley. Assistant U.S. Attorney Robert Anderson appeared for the government. The defendant was present in person and by counsel Kim Zion. Also present was U.S. Probation Officer Jelani Brown.

By stipulation of the parties and the Probation Office, the court ordered entry of the additional, special condition of supervision and set this hearing over for an additional sixty (60) days:

| SPECIAL CONDITION OF SUPERVISION | JUSTIFICATION |
|---|---|
| 4) Participate for a period of 45 days in a location monitoring program that may include the following technologies: active (GPS) monitoring. Defendant shall abide by the technology requirements implanted at the direction of the supervising U.S. | Based on defendant's noncompliance including his lack of a stable and verifiable residence while on supervised release, and the need to protect the community until he has had an opportunity to participate fully in treatment. |

1

| | |
|---|---|
| Probation Officer. Defendant is not to leave the Western District of Wisconsin during his participation in the location monitoring program without prior permission of the supervising U.S. Probation Officer. | |

Entered this 1st day of November, 2019.

BY THE COURT:

WILLIAM M. CONLEY
District Judge